IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ADAM P. HALL, D.O.,** | : | |
| Plaintiff, | : | Case No. 2:08 CV 518 |
| v. | : | Judge Watson |
| **OHIOHEALTH CORPORATION** | : | Magistrate Judge King |
| **DOCTORS HOSPITAL,** *et al.*, | : | |
| Defendants. | : | |

**DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Please take notice that the deposition transcripts, and exhibits, from the following depositions are being filed in support of Defendant OhioHealth Corporation's Motion for Summary Judgment:

1. Plaintiff Adam Hall, D.O., taken on May 18, 2009;

2. Bruce Werhan, D.O., taken on July 22, 2009;

3. Deborah Blackwell, D.O., taken on July 23, 2009; and

4. Kirk L. Hilliard, D.O., taken on July 23, 2009.

Respectfully submitted,

*/s/ Alison M. Day*
Alison M. Day (0068060)
Becky L. Ramseyer Melchiorre (0076575)
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, OH  43215
Telephone: 614.463.4201
Facsimile: 614.221.3301
Email: aday@littler.com;
bmelchiorre@littler.com
*Attorneys for Defendant OhioHealth*

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing has been filed via the electronic filing system on September 21, 2009.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

*/s/ Alison M. Day*
Alison M. Day

Firmwide:92028724.1 055227.1017